UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>,
    Plaintiff

        v.                        Case No.  08-cr-124-01-SM

<u>Anthony Ledoux</u>,
    Defendant

## O R D E R

Defendant Ledoux's motion to continue the trial is granted  (document no. 10).    Trial has been rescheduled for the month of January 2009.  Defendant Ledoux shall file a waiver of speedy trial rights not later than November 28, 2008.  On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

    Final Pretrial Conference:     January 9, 2009  at 11:30 a.m.

    Jury selection:   January 21, 2009 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

November 18, 2008

cc: Jaye Rancourt, Esq.
    Don Feith, AUSA
    U.S. Marshal
    U.S. Probation